UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN FITZGERALD MESCALL,
                Plaintiff,

-v-

U.S. DEPARTMENT OF JUSTICE, *et al.*,
                Defendants.

22-CV-8348 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    In light of the letter from defense counsel dated August 30, 2023, and Judge Schofield's order in 22-cv-4457, the Plaintiff is directed to submit a letter within 21 days showing cause why this case should not be dismissed as moot. Counsel for the Federal Defendants is also invited to submit a letter addressing whether the case is moot.

    If Plaintiff does not submit a response within 21 days this case will be dismissed.

    SO ORDERED.

Dated: September 5, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge