UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN FITZGERALD MESCALL,
               Plaintiff,

-v-

U.S. DEPARTMENT OF JUSTICE, *et al.*,
               Defendants.

22-CV-8348 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      In light of the letter from defense counsel dated August 30, 2023 (ECF No. 29), and Judge Schofield's order in 22-cv-4457, the Plaintiff was directed to submit a letter within 21 days of September 5, 2023, showing cause why this case should not be dismissed as moot. (*See* ECF No. 30.) Plaintiff did not submit a letter, and this case is accordingly dismissed as moot.

      The Clerk of Court is directed to close the motion at ECF No. 20 and to close this case.

      SO ORDERED.

Dated: October 11, 2023
       New York, New York

                                                  J. PAUL OETKEN
                                           United States District Judge